Maureen Gaughan
Bankruptcy Trustee
PO Box 6729
Chandler, Arizona 85246

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Carrillo, Otilio | § | Case No. 09-11019-PHX |
| Carrillo, Carmen M | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Maureen Gaughan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:


3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Maureen Gaughan_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| OTILIO AND CARMEN CARRILLO |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | WELLS FARGO MORTGAGE PO BOX 54180 LOS ANGELES, CA 90054 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ESTRELLA PARK HOA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAUREEN GAUGHAN | | | | | |
| MAUREEN GAUGHAN | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| U.S. BANKRUPTCY COURT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Additional Notice: CHASE | | | | | |
| | Additional Notice: G C SERVICES | | | | | |
| | Additional Notice: GEMB/DILLARDS | | | | | |
| | Additional Notice: NCO FIN/27 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Additional Notice: TARGET NB | | | | | |
| | Additional Notice: THD/CBSD | | | | | |
| | CHASE MANHATTAN MORTGAGE 3415 VISION DR. COLUMBUS, OH 43219 | | | | | |
| | G C SERVICES 6330 GULFTON ST HOUSTON, TX 77081 | | | | | |
| | HOME COMING FUNDING NE 2711 N. HASKELL AVE. DALLAS, TX 75204 | | | | | |
| | NCO FIN/27 PO BOX 7216 PHILADELPHIA, PA 19101 | | | | | |
| | SEARS/CBSD PO BOX 6189 SIOUX FALLS, SD 57117 | | | | | |
| | THD/CBSD P. O. BOX 6003 Hagerstown, MD 21747 | | | | | |
| | WFS/WACHOVIA DEALER SV P.O. BOX 19657 IRVINE, CA 92623 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CHASE BANK USA NA | | | | | |
| 000003 | ESTRELLA PARK HOMEOWNERS ASSOCIATIO | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000005 | GE MONEY BANK | | | | | |
| 000006 | TRUWEST CREDIT UNION | | | | | |
| 000007 | UNITED CONSUMER FINANCIAL SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 09-11019-PHX GBN Judge: GEORGE B. NIELSEN | Trustee Name: | Maureen Gaughan |
|---|---|---|---|
| Case Name: | Carrillo, Otilio | Date Filed (f) or Converted (c): | 05/20/09 (f) |
| | Carrillo, Carmen M | 341(a) Meeting Date: | 06/22/09 |
| For Period Ending: | 03/28/12 | Claims Bar Date: | 09/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE: Location: 1829 S 106TH LN | 133,500.00 | 0.00 | DA | 0.00 | FA |
| 2. WELLS FARGO CHECKING ACCOUNT | 300.00 | 300.00 | DA | 0.00 | FA |
| 3. WELLS FARGO SAVINGS ACCOUNT | 60.00 | 60.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS, APPLIANCES & ELECTRONICS | 1,900.00 | 1,900.00 | DA | 0.00 | FA |
| 5. CLOTHING | 350.00 | 350.00 | DA | 0.00 | FA |
| 6. 2 WATCHES | 325.00 | 325.00 | DA | 0.00 | FA |
| 7. WEDDING RINGS | 200.00 | 200.00 | DA | 0.00 | FA |
| 8. MISCELLANEOUS JEWELRY | 100.00 | 100.00 | DA | 0.00 | FA |
| 9. 401K EXCLUDED FROM THE BANKRUPTCY ESTATE PURSUANT | 4,632.00 | 4,632.00 | DA | 0.00 | FA |
| 10. 1999 NISSAN ALTIMA 114K MILES | 2,725.00 | 2,725.00 | DA | 0.00 | FA |
| 11. 1993 CHEVROLET PICK UP 150K MILES | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 12. TAX REFUND (u) | 0.00 | 0.00 | | 3,181.95 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.02 | FA |
| 14. WAGES (u) | 0.00 | 0.00 | | 209.05 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $146,092.00 | $12,592.00 | | $3,392.02 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/22/12     Current Projected Date of Final Report (TFR): 06/22/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No: | 09-11019-PHX -GBN | | Trustee Name: | Maureen Gaughan |
| Case Name: | Carrillo, Otilio | | Bank Name: | Bank of Kansas City |
| | Carrillo, Carmen M | | Account Number / CD #: | *******0372  Checking Account |
| Taxpayer ID No: | *******2426 | | | |
| For Period Ending: | 07/27/12 | | Blanket Bond (per case limit): | $ 53,117,548.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 1,237.40 | | 1,237.40 |
| 06/12/12 | 001001 | Maureen Gaughan<br>PO Box 6729<br>Chandler, AZ  85246-6729 | Chapter 7 Compensation/Fees | 2100-000 | | 317.68 | 919.72 |
| 06/12/12 | 001002 | Maureen Gaughan<br>PO Box 6729<br>Chandler, AZ  85246-6729 | Chapter 7 Expenses | 2200-000 | | 128.17 | 791.55 |
| 06/12/12 | 001003 | American Infosource Lp As Agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000002, Payment 1.90761% | 7100-000 | | 98.20 | 693.35 |
| 06/12/12 | 001004 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 1.90763% | 7100-000 | | 102.42 | 590.93 |
| 06/12/12 | 001005 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 1.90827% | 7100-000 | | 17.99 | 572.94 |
| 06/12/12 | 001006 | TRUWEST CREDIT UNION<br>PO BOX 3489<br>SCOTTSDALE AZ 85271-3489 | Claim 000006, Payment 1.90769% | 7100-000 | | 267.33 | 305.61 |
| 06/12/12 | 001007 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Claim 000007, Payment 1.90779% | 7100-000 | | 27.32 | 278.29 |
| 06/12/12 | 001008 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000008, Payment 1.90778% | 7100-000 | | 89.88 | 188.41 |

| | | Page Subtotals | 1,237.40 | 1,048.99 |
|---|---|---|---|---|

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-11019-PHX -GBN | Trustee Name: | Maureen Gaughan |
|---|---|---|---|
| Case Name: | Carrillo, Otilio | Bank Name: | Bank of Kansas City |
| | Carrillo, Carmen M | Account Number / CD #: | *******0372  Checking Account |
| Taxpayer ID No: | *******2426 | | |
| For Period Ending: | 07/27/12 | Blanket Bond (per case limit): | $ 53,117,548.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/12/12 | 001009 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000009, Payment 1.90768% | 7100-000 | | 188.41 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,237.40 | 1,237.40 | 0.00 |
| Less: Bank Transfers/CD's | 1,237.40 | 0.00 | |
| Subtotal | 0.00 | 1,237.40 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,237.40 | |

Page Subtotals   0.00   188.41

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-11019-PHX -GBN | | Trustee Name: | Maureen Gaughan |
|---|---|---|---|---|
| Case Name: | Carrillo, Otilio | | Bank Name: | Bank of America |
| | Carrillo, Carmen M | | Account Number / CD #: | *******8781 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2426 | | | |
| For Period Ending: | 07/27/12 | | Blanket Bond (per case limit): | $ 53,117,548.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/10 | 12, 14 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 3,391.00 | | 3,391.00 |
| 05/05/10 | 000101 | Clerk, U.S. BANKRUPTCY COURT 230 N. First Ave PHOENIX ARIZONA 85003 | COURT FILING FEES | 2700-000 | | 260.00 | 3,131.00 |
| 05/28/10 | 13 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.06 | | 3,131.06 |
| 06/30/10 | 13 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,131.15 |
| 07/30/10 | 13 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,131.23 |
| 08/31/10 | 13 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,131.31 |
| 09/30/10 | 13 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,131.39 |
| 10/29/10 | 13 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,131.46 |
| 11/30/10 | 13 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,131.54 |
| 12/31/10 | 13 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,131.62 |
| 01/31/11 | 13 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,131.70 |
| 02/28/11 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,131.72 |
| 03/31/11 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,131.75 |
| 04/29/11 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,131.77 |
| 05/31/11 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,131.80 |
| 06/30/11 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,131.83 |
| 07/29/11 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,131.85 |
| 08/31/11 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,131.88 |
| 09/30/11 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,131.91 |
| * 10/14/11 | 000102 | Otilio and Carmen Carrillo 1829 S 106th Ln Tolleson, AZ 85353 | Non Estate Funds | 8500-000 | | 1,881.29 | 1,250.62 |
| 10/31/11 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 1,250.65 |
| 10/31/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.99 | 1,246.66 |
| 11/30/11 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 1,246.69 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.86 | 1,242.83 |

Page Subtotals 3,391.97 2,149.14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-11019-PHX -GBN | Trustee Name: | Maureen Gaughan |
|---|---|---|---|
| Case Name: | Carrillo, Otilio | Bank Name: | Bank of America |
| | Carrillo, Carmen M | Account Number / CD #: | *******8781 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2426 | | |
| For Period Ending: | 07/27/12 | Blanket Bond (per case limit): | $ 53,117,548.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/05/11 | 000102 | Otilio and Carmen Carrillo<br>1829 S 106th Ln<br>Tolleson, AZ 85353 | Non Estate Funds | 8500-000 | | -1,881.29 | 3,124.12 |
| 12/05/11 | 000103 | OTILIO AND CARMEN CARRILLO<br>5021 NORTH 77TH DRIVE<br>GLENDALE AZ 85303 | Non Estate Funds | 8500-002 | | 1,881.29 | 1,242.83 |
| 12/30/11 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,242.85 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 2.38 | 1,240.47 |
| 01/31/12 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,240.48 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.63 | 1,238.85 |
| 02/29/12 | 13 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,238.86 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.47 | 1,237.39 |
| 03/16/12 | 13 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,237.40 |
| 03/16/12 | | Transfer to Acct #*******9513 | Final Posting Transfer | 9999-000 | | 1,237.40 | 0.00 |

|  | COLUMN TOTALS | 3,392.02 | 3,392.02 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 1,237.40 | |
|  | Subtotal | 3,392.02 | 2,154.62 | |
|  | Less: Payments to Debtors | | 1,881.29 | |
|  | Net | 3,392.02 | 273.33 | |

Page Subtotals  0.05  1,242.88

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-11019-PHX -GBN | Trustee Name: | Maureen Gaughan |
|---|---|---|---|
| Case Name: | Carrillo, Otilio | Bank Name: | Bank of America |
| | Carrillo, Carmen M | Account Number / CD #: | *******9513 Checking - Non Interest |
| Taxpayer ID No: | *******2426 | | |
| For Period Ending: | 07/27/12 | Blanket Bond (per case limit): | $ 53,117,548.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/12 | | Transfer from Acct #*******8781 | Transfer In From MMA Account | 9999-000 | 1,237.40 | | 1,237.40 |
| 05/11/12 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 1,237.40 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,237.40 | 1,237.40 | 0.00 |
| Less: Bank Transfers/CD's | 1,237.40 | 1,237.40 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0372 | 0.00 | 1,237.40 | 0.00 |
| Money Market - Interest Bearing - ********8781 | 3,392.02 | 273.33 | 0.00 |
| Checking - Non Interest - ********9513 | 0.00 | 0.00 | 0.00 |
| | 3,392.02 | 1,510.73 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  1,237.40  1,237.40